IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:99CV144-1-V

ROBERT CHARLES BRAGG,           )
                                )
                 Petitioner,    )
                                )
        v.                      )        **O R D E R**
                                )
LOOMIS WOODARD, Supt.,          )
                                )
                 Respondent.    )
_____)

**FILED**
**STATESVILLE, N.C.**
**NOV 5 1999**
**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

THIS **MATTER** comes before the Court upon the Petitioner's Petition for Writ of Habeas

Corpus, filed on September 15, 1999.

After careful review of the motion and case file, the undersigned finds that the Attorney

General should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that, no later than forty (40) days from the

filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for a Writ of

Habeas Corpus detailing Petitioner's allegations and responding to each.

This the 1st day of October, 1999.

Richard L. Voorhees
United States District Judge

cbb

United States District Court
for the
Western District of North Carolina
November 5, 1999

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  5:99-cv-00144

True and correct copies of the attached were mailed by the clerk to the
following:

>    J. Phillip Griffin Jr., Esq.
>    N. C. Prisoner Legal Services, Inc.
>    P. O. Box 25397
>    Raleigh, NC  27611

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Court Reporter               ( )
Courtroom Deputy             ( )
Orig-Security                ( )
Bankruptcy Clerk's Ofc.      ( )
Other N.C. ATTY. GEN.        (✓)
SUPT.-JOHNSON CO. CORR.      (✓)

Date: 11-5-99

Frank G. Johns, Clerk

By: Carolyn B. Bouchard
    Deputy Clerk