IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:99CV 144-1-V

| | |
|---|---|
| ROBERT CHARLES BRAGG, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MOTION FOR ENLARGEMENT |
| ) | OF TIME |
| LOOMIS WOODARD, Superintendent, ) | Fed. R. Civ. Proc. 6(b)(1) |
| Respondent. ) | |
| ) | |

FILED
ASHEVILLE, N. C.
DEC 22 1999
U.S. DISTRICT COURT
W. DIST. OF N. C.

Comes the Petitioner and moves the Court for an Order enlarging the times for filing a Response to the Respondent's Motion for Summary Judgment, served herein December 9, 1999, to and including January 28, 2000; and enlarging the time for Respondent to file a Reply to said Response an additional thirty days beyond the time provided in the Rules of this Court. The undersigned certifies to the Court that he has discussed this Motion with Counsel for the Respondent and there is no objection.

Respectfully submitted, this 14th day of December, 1999.

J. Phillip Griffin
Counsel for Petitioner
NCSB No. 14436
North Carolina Prisoner Legal Services
P.O. Box 25397
Raleigh, North Carolina 27611
(919) 856-2200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Petitioner's Motion for Enlargement of Time and the Order tendered herewith have been duly served by mailing a copy, first class mail, to

> Clarence J. DelForge, III
> Special Deputy Attorney General
> North Carolina Department of Justice
> P.O. Box 629
> Raleigh, North Carolina 27602.

This the 14th day of December, 1999.

_____
J. Phillip Griffin