

| | |
|---|---|
| ROBERT CHARLES BRAGG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOOMIS WOODARD, Superintendent, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Enlargement of Time, filed December 22, 1999.

For good cause shown, the Court grants Petitioner's Motion for Enlargement of Time. Consequently, Petitioner has up to and including January 28, 2000, in which to respond to the Respondent's Motion for Summary Judgment. If Respondent needs additional time in which to file a reply, he may seek an extension at that time.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion for Enlargement of Time is GRANTED; and

2. Petitioner has up to and including January 28, 2000, in which to respond to the Respondent's Motion for Summary Judgment.

This the 26th day of January, 2000.

Richard L. Voorhees
United States District Judge

United States District Court
for the
Western District of North Carolina
January 27, 2000

cbb

* * MAILING CERTIFICATE OF CLERK * *

Re: 5:99-cv-00144

True and correct copies of the attached were mailed by the clerk to the following:

J. Phillip Griffin Jr., Esq.
N. C. Prisoner Legal Services, Inc.
P. O. Box 25397
Raleigh, NC 27611

Clarence J. DelForge III, Esq.
NC Dept of Justice
Fed Habeas Section
P. O. Box 629
Raleigh, NC 27602-0629

cc:
Judge ( )
Magistrate Judge ( )
U.S. Marshal ( )
Probation ( )
U.S. Attorney ( )
Atty. for Deft. ( )
Defendant ( )
Warden ( )
Bureau of Prisons ( )
Court Reporter ( )
Courtroom Deputy ( )
Orig-Security ( )
Bankruptcy Clerk's Ofc. ( )
Other_____ ( )

Date: 1-27-00

Frank G. Johns, Clerk
By: Carolyn B. Bouchard
Deputy Clerk