IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:99CV144-01-V

ROBERT CHARLES BRAGG, )
)
Petitioner, )
)
v. )
) **ORDER**
LOOMIS WOODARD, )
)
Respondent. )

**THIS MATTER** comes before the Court upon Petitioner's oral Motion for an Extension of Time, made January 26, 2000.

Due to the severe weather in the Raleigh area, Petitioner requests an extension of time in which to respond to Respondent's Motion for Summary Judgment. For good cause shown, the Court grants Petitioner's Motion for an Extension of Time.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for an Extension of Time is **GRANTED**, and the Petitioner has until February 4, 2000 to respond to Respondent's Motion for Summary Judgment.

This the 26th day of January, 2000.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Western District of North Carolina
January 27, 2000

cbb

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 5:99-cv-00144

True and correct copies of the attached were mailed by the clerk to the following:

J. Phillip Griffin Jr., Esq.
N. C. Prisoner Legal Services, Inc.
P. O. Box 25397
Raleigh, NC  27611

Clarence J. DelForge III, Esq.
NC Dept of Justice
Fed Habeas Section
P. O. Box 629
Raleigh, NC  27602-0629

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Court Reporter                 ( )
Courtroom Deputy               ( )
Orig-Security                  ( )
Bankruptcy Clerk's Ofc.        ( )
Other_____           ( )

Date: 1-27-00

Frank G. Johns, Clerk
By: Carolyn B. Bouchard
Deputy Clerk