# United States District Court
# Western District Of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.
2001 JAN 29 PM 5:06
U.S. DISTRICT COURT
W. DIST. OF N.C.

ROBERT CHARLES BRAGG,

        Plaintiff(s),

vs.

LOOMIS WOODARD, SUPERINTENDENT
OF JOHNSTON COUNTY CORRECTIONAL
CENTER,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:99CV144-4-V

DECISION BY COURT. This action having come before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in accordance with the Court's January 29, 2001, Order.

January 29, 2001

FRANK G. JOHNS, CLERK

By _Carolyn B. Bouchard_
Deputy Clerk

```
                                                                    cbb
               United States District Court
                         for the
               Western District of North Carolina
                    January 29, 2001
```

## * * MAILING CERTIFICATE OF CLERK * *

Re: 5:99-cv-00144


True and correct copies of the attached were mailed by the clerk to the following:

    J. Phillip Griffin Jr., Esq.
    N. C. Prisoner Legal Services, Inc.
    P. O. Box 25397
    Raleigh, NC  27611

    Clarence J. DelForge III, Esq.
    NC Dept of Justice
    Fed Habeas Section
    P. O. Box 629
    Raleigh, NC  27602-0629


```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Court Reporter                 ( )
Courtroom Deputy               ( )
Orig-Security                  ( )
Bankruptcy Clerk's Ofc.        ( )
Other_____           ( )
```

                                              Frank G. Johns, Clerk
Date: 1-29-01                          By: Carolyn B. Bouchard
                                                        Deputy Clerk